**Order filed, August 10, 2015.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-15-00396-CV**

_____

**JARED WOODFILL AND F.N. WILLIAMS, SR., Appellant**

**V.**

**ANNISE D. PARKER, MAYOR; ANNA RUSSELL, CITY SECRETARY; AND CITY OF HOUSTON, Appellee**

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-44974**

## ORDER

The reporter's record in this case was due **June 15, 2015**. *See* Tex. R. App. P. 35.1. On **June 9, 2015**, a motion for extension of time to file the record was filed and granted until **July, 24, 2015**. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Cynthia Montalvo**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM